UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIM STEINER-OUT, ET AL.,

    Plaintiffs,

v.                                          Case No. 8:10-cv-2248-T-24 TBM

LONE PALM GOLF CLUB, LLC,

    Defendant.
_____/

## **ORDER**

      This cause comes before the Court on Defendant's Second Motion to Compel, or in the Alternative, for Sanctions. (Doc. No. 30). This motion was considered by United States Magistrate Judge McCoun, and on June 2, 2011, he issued an order to show cause regarding Plaintiff's lack of prosecution of her case. (Doc. No. 31). In that order and an amended order, Judge McCoun set a show cause hearing for June 22, 2011 and directed Plaintiff to appear. (Doc No. 31, 32). Additionally, Judge McCoun warned Plaintiff that her failure to appear could result in the dismissal of her case. (Doc. No. 31).

      Plaintiff did not appear for the show cause hearing or file a response to the show cause order. As a result, Judge McCoun issued his report recommending that Defendant's motion be granted to the extent that Defendant requests dismissal of the case. (Doc. No. 34). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent

examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 34) is adopted and incorporated by reference in this Order of the Court.

(2) The case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's lack of prosecution of this case.

(3) The Clerk is directed to terminate all pending motions and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of July, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
All Parties and Counsel of Record